UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SA,  	CASE NO. 2:13-cv-10294-GER-RSW

      Plaintiff,  	Hon. Gerald E. Rosen

Vs.

RED FROG EVENTS, LLC,
an Illinois corporation,

      Defendants.

---

| BEHM & BEHM | PLUNKETT COONEY |
|---|---|
| Michael J. Behm (P48435) | Brian T. McGorisk P-44353 |
| Brent W. Thomas (P67028) | Attorneys for Defendant |
| Attorneys for Plaintiff | 111 East Court Street, Suite 1B |
| 209 Schwartz Drive | Flint, Michigan 48502 |
| Flint, Michigan 48503 | (810) 432-7005 |
| (810) 234-2400 | (810) 232-3159 (FAX) |
| (810) 239-5252 (FAX) | bmcgorisk@plunkettcooney.com |
| behmandbehm@ameritech.net | |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that this matter shall be DISMISSED, with prejudice and without costs or fees to any party.

This Order resolves the last pending claim between the parties and closes this case.

Dated:   June 29, 2015                         s/Gerald E. Rosen
                                                                GERALD E. ROSEN
                                                                U.S. DISTRICT COURT JUDGE

I agree to the entry of this Order,
notice of hearing and entry waived.


/s/ Michael J. Behm
Michael J. Behm (P48435)
Attorney for Plaintiff
Dated:  6-25-15


/s/ Brian T. McGorisk
Brian T. McGorisk (P44353)
Attorney for Defendant
Dated:  6-29-15